WATTS, WATTS & CO., Limited, v. UNIONE AUSTRIACA DI NAVIGAZI-
ONE.

(Circuit Court of Appeals, Second Circuit. December 14, 1915.)

No. 67.

1. WAR ☞16—JURISDICTION—DISCRETION OF COURT.
   Whether the District Court would take jurisdiction of a libel in per-
   sonam by a British corporation against an Austrian corporation for coal
   furnished the steamers of the Austrian corporation from time to time
   at Algiers, a French dependency, was a matter within the discretion of
   that court.

   [Ed. Note.—For other cases, see War, Cent. Dig. §§ 80–84; Dec. Dig.
   ☞16.]

2. WAR ☞16—JURISDICTION—DISCRETION OF COURT.
   A British corporation supplied coal to the steamers of an Austrian
   corporation from time to time at Algiers, and drafts were drawn therefor,
   payable at London and duly accepted. Before maturity war was declar-
   ed, and each sovereign prohibited its citizens from paying debts due an
   enemy, and the accepting bank at London refused payment, whereupon a
   libel in personam was filed for the amount of the original debt, and a
   steamer was attached. Held, that the District Court did not abuse its
   discretion in declining to take jurisdiction, on the ground that it would be
   inexpedient to do so under the circumstances.

   [Ed. Note.—For other cases, see War, Cent. Dig. §§ 80–84; Dec. Dig.
   ☞16.]

Appeal from the District Court of the United States for the East-
ern District of New York.

Libel in admiralty by Watts, Watts & Co., Limited, against the
Unione Austriaca di Navigazione. From a decree declining to take
jurisdiction, and dismissing the libel without prejudice (224 Fed. 188),
the libelant appeals. Affirmed.

Convers & Kirlin, of New York City (J. Parker Kirlin and John
M. Woolsey, both of New York City, of counsel), for appellant.

Haight, Sandford & Smith, of New York City (Charles S. Haight
and Clarence Bishop Smith, both of New York City, of counsel), for
appellee.

Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. [1, 2] The libelant, a British corporation, supplied
coal to the steamers of the respondent, an Austrian corporation, from
time to time at Algiers, a French dependency. The master in each
case drew a draft for the price of the coal to the order of the libelant
payable at London. Of such drafts drawn during the months of
May, June, and July, 1914, and duly accepted payable in London, the
first fell due August 7th, and the last October 1st. Great Britain
declared war upon Austria-Hungary beginning from midnight August
12th. Each sovereign prohibited its citizens from paying any debt due

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

an enemy during the continuance of the war. Payment of the drafts was refused by the accepting bank at London.

The libelant filed a libel in personam against the respondent, not upon the drafts, but to recover for the debt, and attached the steamer Martha Washington. The respondent does not deny its obligation to pay.

Judge Veeder, in the District Court, feeling that it was inexpedient under these circumstances to take jurisdiction of the controversy, dismissed the libel without prejudice. Whether to take or to decline jurisdiction was a matter within his discretion (see The Belgenland, 114 U. S. 355, 5 Sup. Ct. 860, 29 L. Ed. 152; Benedict on Admiralty, § 195), and, as no abuse of discretion appears, the decree is affirmed.